IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL D JONES,

    Plaintiff,

v.

                                            Case No. 19-cv-221-wmc

HALVORSON, DIETRICH, SAYLES,
ROBINSON, HOLLY HARTLEY AND
SOME UNKNOWNS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/21/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |